UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES CASON, | ) | CASE NO. C09-0706-JLR-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THERESE HUTCHINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In response to a notice of appearance filed by defendants' counsel, plaintiff James Cason moved for an extension of time to amend his complaint so that he could resubmit his complaint on the form supplied by the court, as is required by Local Rule CR 103. (Dkts. 17, 20.) He states no other reason for seeking to amend his twice amended complaint, and appears to be concerned that this matter will be dismissed for his failure to use the court-supplied form. (Dkt. 20, at 4-6.) The Court accepted the Second Amended Complaint (Dkt. 10) for filing because it is understandable and otherwise conforms with the Local Rules and the Federal Rules of Civil Procedure. Local Rule CR 103. This matter will not be dismissed based on a violation of Local Rule CR 103. The Court therefore DENIES as moot Mr. Cason's motion

ORDER
PAGE -1

for an extension of time (Dkts. 17, 20).

DATED this 14th day of October, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2