09-CV-00706-ORD

FILED LODGED ENTERED RECEIVED
APR 23 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES CASON, ) CASE NO. C09-706-JLR
)
Plaintiff, )
)
v. ) ORDER OF DISMISSAL
)
THERESE HUTCHINS, et al., )
)
Defendants. )
_____ )

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the papers filed in support of and in opposition to the [Plaintiff's Objections to the Report and Recommendation,] cross-motions for summary judgment, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is adopted;

(2) Defendants' motion for summary judgment (Dkt. 29) is GRANTED;

(3) Plaintiff's claim of retaliation is DISMISSED without prejudice;

(4) All of plaintiff's other claims are DISMISSED with prejudice;

(5) Plaintiff's motion for partial summary judgment (Dkt. 28) is DENIED; and

ORDER OF DISMISSAL
PAGE -1

01  (6)  The Clerk of Court is directed to send copies of this Order to plaintiff and to

02  Magistrate Judge Mary Alice Theiler.

03  DATED this 23RD day of _____April_____, 2010.

                                    _____
                                    JAMES L. ROBART
                                    United States District Judge

ORDER OF DISMISSAL
PAGE -2